Samuel Nineberg, and Humphrey W. Serritella, for appellants; Samuel Nineberg, of counsel; Wilbert J. J. Wahler, for appellee. Opinion by Justice Friend. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Callie Ingram, Appellant, v. George Goodar, Appellee, and Omega Missionary Baptist Church, Intervenor-Appellee.

### Gen. No. 46,223. (Abstract of Decision.)

Prescott, Burroughs & Taylor, for appellant; Euclid Louis Taylor, and Harry G. Finns, of counsel; Aaron H. Payne, and Lycurgus J. Conner, for defendant-appellee; Lycurgus J. Conner, of counsel. Opinion by Justice Friend. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## William J. Horvath, Appellee, v. Frank J. Fisher, Appellant.

### Gen. No. 46,349. (Abstract of Decision.)

 Shaffer, Seelig, Mandel & Shapiro, for
appellant; George L. Shapiro, and David E. Malfar, of counsel; John
Marshall Dahlberg, and Rathje, Kulp, Sabel & Sullivan, for appellee.
Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed
March 12, 1954; released for publication March 29, 1954.

Mary Roesler, Appellee, v. Liberty National Bank of Chicago, Trustee, and Milton L. Durschlag, Appellant.

Gen. No. 46,073.

